UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-10066-SPG(Ex) | Date | November 24, 2025 |
| Title | Trustees of Southern California Pipe Trades Health and Welfare Trust Fund et al v. Greenfield Management et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** [In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met. Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before December 8, 2025,** why this action should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiffs response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of the action.

Defendant's *Greenfield Management, and Vanessa Acosta* did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.

00 : 00

Initials of Preparer  pg